UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA



FILED
SEP 27 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY A. JESSEN
    DEPUTY CLERK

UNITED STATES OF AMERICA, )
 )
v. )
 )
 )
 )
 )
Yang Mua )

1:12CR00267-002 LJO

ORDER REDUCING TERM
OF SUPERVISED RELEASE FOR
SUCCESSFUL COMPLETION OF
REENTRY COURT

On October 18, 2012, the releasee was accepted as a participant in the Reentry Court. In accordance with 18 USC 3583(e)(1), the Court ORDERS that Yang Mua's 5-year term of supervised release, imposed on December 14, 2005, is hereby reduced one year, to a 4-year term, following his successful completion of the Eastern District of California's Reentry Court Program.

These findings and recommendations are submitted to the district judge assigned to this action, pursuant to 28 USC 636(b)(1)(B) and this Court's Local Rule 302, and shall be considered forthwith without the need for time to respond.

**THE REENTRY COURT TEAM RECOMMENDS** that the releasee's term of supervised release is reduced by one year, with a new termination date of January 17, 2016, due to his successful completion of the Reentry Court Program.

September 27, 2013
Date

The Honorable Sheila Oberto
U.S. Magistrate Judge

**IT IS SO ORDERED** that the releasee's term of supervised release is reduced by one year, with a new termination date of January 17, 2016, due to his successful completion of the Reentry Court Program.

Sept 27, 2013
Date

The Honorable Lawrence J. O'Neill
U.S. District Judge

Rev. 08/2012
US vs.                                         REENTRY COURT_ORDER TERMINATING.WPD